# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: 06-00023
Same Defendant: _____ New Defendant: x
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: ___ Yes ___ No

Defendant Name: Wei Xing Zeng
Alias Name: _____
Address: _____
         China

Birthdate: xx/xx/1976   SS#: ___   Sex: M   Race: A   Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ___ No  X Yes    List language and/or dialect: Chinese (mandarin)

**Location Status:**

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty   X Misdemeanor   X Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1324(a)(2)(B)(iii) | Bringing In Illegal Aliens | 1 |
| Set 2  8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 8-1-06    Signature of AUSA: [signed] Fred A. Black