# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: ___

**Related Case Information:**
Superseding Indictment: ___  Docket Number: **06-00023**
Same Defendant: ___  New Defendant: x
Search Warrant Case Number: ___
R 20/ R 40 from District of: ___

**Defendant Information:**

Juvenile: Yes ___ No **X**   Matter to be sealed: Yes ___ **X** No

Defendant Name: Jia Wei Huang
Alias Name: ___
Address: ___
China

Birthdate: xx/xx/1974   SS#: ___   Sex: M   Race: A   Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ___ No  **X** Yes   List language and/or dialect: Chinese (mandarin)

*RECEIVED AUG - 2 2006 — DISTRICT COURT OF GUAM, HAGATNA, GUAM*

**Location Status:**

Arrest Date: ___
☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty   **X** Misdemeanor   ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 8-2-06   Signature of AUSA: /s/ Frederick A. Black