| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00023__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Xiao Ping Chen_____

Alias Name _____

Address _____

_____China_____

Birthdate __xx/xx/1977__ SS# ____ Sex __M__ Race __A__ Nationality __Chinese__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

Interpreter: ____ No __X__ Yes   List language and/or dialect: __Chinese (mandarin)__

RECEIVED
AUG - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty __X__ Misdemeanor ____ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-2-06__    Signature of AUSA: _Frederick A. Black_