**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00023**

Same Defendant _____ New Defendant ____x____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name    ____Rong Sheng Chen_____

Alias Name    _____

Address    _____

    ____China_____

Birthdate _xx/xx/1974_ SS# _____ Sex __M__ Race __A__ Nationality _Chinese_____

**U.S. Attorney Information:**

AUSA __Frederick A. Black_____

Interpreter: _____ No __X_ Yes    List language and/or dialect: __Chinese (mandarin)__

RECEIVED
AUG - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

❏ Already in Federal Custody as of _____ in _____

❏ Already in State Custody

❏ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1____    _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 5 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-2-06____    Signature of AUSA: _~Frederick A. Black~_