# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>YUE XING LIN<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-06-00023-005 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

**FILED**
**DISTRICT COURT OF GUAM**
**AUG - 3 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| Before:    **HONORABLE JAMES WARE** | Date and Time<br>**August 3, 2006 at 2:30 p.m.** |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title    **8**    United States Code, Section(s)    **1325(a)(1) and (2)**

Brief description of offense:

**COUNT VI - ILLEGAL ENTRY BY AN ALIEN**

| | |
|---|---|
| **VIRGINIA T. KILGORE, Deputy Clerk**<br>Name and Title of Issuing Officer | *[signature]*<br>Signature of Issuing Officer |
| **August 2, 2006**<br>Date | |

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]  Date  08/03/06

Check one box below to indicate appropriate method of service

UNITED STATES MARSHALS SERVICE

☒ Served personally upon the defendant at: USMS ATTN: CG
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  08/03/06             J. Salas
            Date                   Name of United States Marshal

                                   _Ceel B_____
                                   (by) Deputy United States Marshal

Remarks:

AO83 (Rev. 10/03) Summons in a Criminal Case

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Case 1:06-cr-00023    Document 8    Filed 08/03/2006    Page 2 of 2