FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WEI XING ZENG, et. al.,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00023<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **WEI XING ZENG**; **G. PATRICK CIVILLE** is appointed to represent defendant **JIA WEI HUANG**; **WILLIAM L. GAVRAS** is appointed to represent defendant **XIAO PING CHEN**; **MARK S. SMITH** is appointed to represent defendant **RONG SHENG CHEN**; **PHILLIP J. TYDINGCO** is appointed to represent defendant **YUE XING LIN**; and **JOSEPH C. RAZZANO** is appointed to represent defendant **LIU HUA HUANG** in the above-entitled case *nunc pro tunc* to August 2, 2006

Dated this 3rd day of August, 2006.

*/s/ James Ware*
JAMES WARE, DESIGNATED JUDGE
DISTRICT COURT OF GUAM

ORIGINAL