ORIGINAL

1  yuylinpsr

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00023 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| YUE XING LIN, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 27th day of October 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney