ORIGINAL

rongchendismiss

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JAN 11 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> YUE XING LIN, <br><br> Defendant. | CRIMINAL CASE NO. 06-00023-05 <br><br> **MOTION TO DISMISS COUNT VI OF INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Count VI of the Indictment in the above cause against defendant, YUE XING LIN, be dismissed, for the reason that the defendant has been sentenced on December 19, 2006 in Magistrate Case No. 06-00014.

Respectfully submitted this 11th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney