LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America
**FILED**
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00023-05 |
| Plaintiff, | **ORDER TO DISMISS COUNT VI OF INDICTMENT** |
| vs. | |
| YUE XING LIN, | |
| Defendant. | |

Based on the defendant's sentencing in Magistrate Case No. 06-00014, the United States' Motion to Dismiss Count VI of the Indictment as to defendant, YUE XING LIN, is hereby granted.

SO ORDERED this 16TH day of January 2007.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL